IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDWARD WEBB,

    Petitioner,

v.                             Case No. 4:17cv367-MW/CAS

JULIE JONES, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 25, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 26. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DENIED**. A Certificate of Appealability is **DENIED** and leave to appear *in forma pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED on October 4, 2018.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**